IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GAYE LYNN DILEK BREWER,
    Plaintiff,

vs.                                            Case No.: 3:15cv183/RV/EMT

WAYNE WILLIS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1).  By order of this court dated June 22, 2015, Plaintiff was given thirty (30) days in which to pay the filing fee or submit a completed motion to proceed in forma pauperis ("IFP") (doc. 5).  Plaintiff failed to pay the filing fee or file an IFP motion; therefore, on July 24, 2015, the court issued an order requiring Plaintiff to show cause, within fourteen (14) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 6).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the filing fee, file an IFP motion, or otherwise explain her failure to comply with the court's order.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 11th day of August 2015.


                                                /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.